**FILED**
CLERK, U.S. DISTRICT COURT

June 25, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_TS\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN CRESSLER, <br>          Plaintiff, <br>     v. <br> TUCKER et al., <br>          Defendant. | No. CV 15-01602-PSG (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

      IT IS HEREBY ORDERED that:

      1.    The Report and Recommendation is approved and accepted.

///
///
///
///
///

2. Plaintiff's complaint is dismissed without leave to amend.

3. Judgment shall be entered dismissing this case with prejudice.

Dated: 6/25/15

_____
PHILIP S. GUTIERREZ
United States District Judge

2