JS-6/ENTER

ENTERED
CLERK, U.S. DISTRICT COURT
June 25, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
June 25, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BRIAN CRESSLER,

    Plaintiff,

    v.

TUCKER et al.,

    Defendants.

No. CV 15-01602-PSG (DFM)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: 6/25/15

_____
PHILIP S. GUTIERREZ
United States District Judge